300

## In re Estate of Frank Dombrowski, Alleged Incompetent Person. Frank Dombrowski, Appellant.

### Gen. No. 42,664.

Heard in the second division, first district, this court at the June term, 1943; opinion filed January 18, 1944; rehearing denied February 2, 1944. Schnackenberg, Hansen & Towle, for appellant; Elmer J. Schnackenberg, of counsel; Posanski, Lelivelt & Gross and John E. Pavlik, for appellees; Roman E. Posanski and John E. Pavlik, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

## City of Chicago, Appellee, v. Great Lakes Dredge and Dock Company, Appellant.

### Gen. No. 42,715.

Heard in the second division, first district, this court at the June term, 1943; opinion filed January 18, 1944. McKinney, Folonie & Grear, for appellant; C. Oscar Carlson, of counsel; Barnet Hodes, Corporation counsel, for appellee; J. Herzl Segal and L. Louis Karton, Assistant corporation counsel, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.